RECEIVED

JAN 2 6 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEAM DRILLING SYSTEMS, INC., ET AL.* | | CIVIL ACTION NO. 6:10-1698 |
| VERSUS | * | JUDGE DOHERTY |
| PETROHAWK ENERGY CORP., ET AL. | * | MAGISTRATE JUDGE HILL |

## PARTIAL JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Motion to Dismiss [rec. doc. 3] is **GRANTED** and accordingly, to the extent that Chubb & Son has not already been dismissed as a defendant in this lawsuit, it is Ordered that all claims asserted by plaintiffs against Chubb & Son are **DISMISSED.**

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 26 day of January, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE