RECEIVED
OCT 3 1 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEAM DRILLING SYSTEMS, INC., ET AL. | * | CIVIL NO. 6:10-1698 |
| VERSUS | * | JUDGE DOHERTY |
| PETROHAWK ENERGY CORP., ET AL. | * | MAGISTRATE JUDGE HILL |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Motion for Discretionary Dismissal [rec. doc. 20] is **GRANTED**, and accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the alternative Motion to Stay is **DISMISSED AS MOOT**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _31_ day of _October_, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE